*New York*
One Grand Central Place
60 East 42nd St., 46th Floor
New York, NY 10165
p. (646) 459-7971
f.  (646) 459-7973

*New Jersey*
375 Passaic Ave., Ste. 100
Fairfield, NJ 07004
p. (973) 227-5900
f.  (973) 244-0019



Joseph K. Jones, Esq.[††]
Benjamin J. Wolf, Esq.[††]
Anand A. Kapasi, Esq.[†]
Paul Gottlieb, Of Counsel

[††]Admitted NY, NJ, CT
[†]Admitted NY, NJ

https://legaljones.com

*Reply to:  New Jersey*

April 12, 2022

ELECTRONICALLY FILED

Hon. John P. Cronan, USDJ
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      **Re:** **Paul Dinallo et al. v Portfolio Recovery Associates, et al.**
         **Civil Case No. 1:22-cv-01945-JPC**

Your Honor:

  I write on behalf of Plaintiff and the putative class to request that the Fed. R. Civ. P. §16 Conference scheduled for April 19, 2022 be adjourned with a corresponding date for the parties to file a joint letter and case management plan/scheduling Order. [ECF No. 6]. No prior request has been made.

  The reason for my request is that the time for Defendant to file a responsive pleading has not expired, and Defendant has not yet filed a responsive pleading. [ECF No.7]

  Thank you for your special attention to this matter. Should you have any further questions, please do not hesitate to contact me.

         Respectfully submitted,

         */s/ Benjamin J. Wolf*
         Benjamin J. Wolf, Esq.

Plaintiff's request is granted.  The Initial Pretrial Conference ("IPTC") scheduled for April 19, 2022 is adjourned to May 19, 2022 at 10:00 a.m.  The parties shall submit their pre-IPTC joint letter and the proposed Case Management Plan and Scheduling Order, *see* Dkt. 6, by May 12, 2022.

SO ORDERED.

Date: April 12, 2022
    New York, New York

                JOHN P. CRONAN
                United States District Judge