```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
PAUL DINNALL,                                                    :
                                                                 :
                              Plaintiff,                         :
                                                                 :         22 Civ. 1945 (JPC)
              -v-                                                :
                                                                 :         ORDER
PORTFOLIO RECOVERY ASSOCIATES, LLC,                              :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 10, 2023, the Parties filed a notice of settlement informing the court that "a Stipulation Of Dismissal will be filed shortly." Dkt. 22. The Court ordered the Parties to file a stipulation of dismissal or a status letter as to settlement by March 31, 2023. Dkt. 32. That deadline has passed, and the docket does not reflect any action from the parties. The Court extends *sua sponte* the Parties' deadline to file a stipulation of dismissal or a status letter as to settlement until April 7, 2023.

SO ORDERED.

Dated: April 3, 2023
       New York, New York

                                                    _____
                                                    JOHN P. CRONAN
                                                    United States District Judge