```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
PAUL DINNALL,                                                          :
                                                                       :
                          Plaintiff,                                   :
                                                                       :    22 Civ. 1945 (JPC)
              -v-                                                      :
                                                                       :         ORDER
PORTFOLIO RECOVERY ASSOCIATES, LLC,                                    :
                                                                       :
                          Defendant.                                   :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 10, 2023, the Parties filed a notice of settlement informing the court that "a Stipulation Of Dismissal will be filed shortly." Dkt. 22. The Court ordered the Parties to file a stipulation of dismissal or a status letter as to settlement by March 31, 2023. Dkt. 32. The Court extended that deadline *sua sponte* to April 7, 2023, after the Parties failed to comply. That extended deadline has now passed, yet the docket still does not reflect any response from the Parties. Accordingly, the Court will grant the Parties one final chance to file a stipulation of dismissal or a status letter as to settlement. The Parties should file the stipulation of dismissal or status letter by April 14, 2023. If the Parties once again fail to comply with the Court's order, the Court will enter an order dismissing the case for failure to prosecute.

    SO ORDERED.

Dated: April 12, 2023
      New York, New York

                                                    JOHN P. CRONAN
                                                    United States District Judge